# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CANDACE WARD,**  **PLAINTIFF**
on behalf of minor K.D.J.

v.   CASE NO. 4:16-CV-00903 BSM

**NANCY BERRYHILL,**
Acting Commissioner,
Social Security Administration   **DEFENDANT**

## ORDER

The recommended disposition [Doc. No. 14] submitted by United States Magistrate Judge J. Thomas Ray has been received. No objections have been filed. After careful consideration, the recommended disposition is adopted in its entirety, the commissioner's decision is affirmed, and plaintiff Candace Ward's complaint is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of October 2017.

_____
UNITED STATES DISTRICT JUDGE