# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**CANDACE WARD,**  **PLAINTIFF**
on behalf of minor K.D.J.

v.  CASE NO. 4:16-CV-00903 BSM

**NANCY BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, judgment is entered in favor of the commissioner, and this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of October 2017.

_____
UNITED STATES DISTRICT JUDGE